UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGE A. FARBER, M.D. | * | CIVIL ACTION |
| VERSUS | * | NO: 06-3475 |
| LOUISIANA STATE BOARD OF MEDICAL EXAMINERS, ET AL | * | SECTION: "D"(5) |

### ORDER AND REASONS

Before the court is the **"Defendant Charles Foti's Motion to Dismiss or, in the Alternative, for Summary Judgment Dismissing the Plaintiff's Amended and Supplemental Complaint"** (Doc. No. 45). The motion is set for hearing on May 21, 2008. However, on May 8, 2008, counsel for Plaintiff advised the court in writing that Plaintiff "does not oppose, and thus will not file an Opposition to, Defendant Foti's Motion to Dismiss." (A copy of the May 8, 2008 letter from Plaintiff's counsel is attached hereto).

Accordingly;

**IT IS ORDERED** that **"Defendant Charles Foti's Motion to Dismiss or, in the Alternative, for Summary Judgment Dismissing the Plaintiff's Amended and Supplemental Complaint"** (Doc. No. 45) be

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

and is hereby **GRANTED** as unopposed, and Plaintiff's **Amended and Supplemental Complaint** be and is hereby **DISMISSED**.

New Orleans, Louisiana, this **9th** day of **May, 2008.**

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE